

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2016

No. 04-16-00241-CR

Cody Allen **WATERS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1094
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's brief was due to be filed with this court by September 8, 2016. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed a motion for extension of time to file the brief or the brief.

We ORDER Appellant's attorney Andrea Polunsky to either file Appellant's brief or a motion to dismiss this appeal within TEN DAYS of the date of this order. If no brief or motion is filed by that date, we may abate this appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's attorney is cautioned that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against appellant's counsel." *Id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2016.



Keith E. Hottle
Clerk of Court